UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| **Case No.**   LA CV 20-05252-VBF-E | **Dated: March 19, 2021** |
| **Title:**   *Lawrence Karlton Smith, Plaintiff v. V. Zepeda et al., Defendants* | |

PRESENT:  HON. VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| | |
|---|---|
| Patricia Gomez | N/A |
| Courtroom Deputy | Court Reporter |
| Attorney Present for Petitioner: n/a | Attorney Present for Resp.: n/a |

**Proceedings (in chambers):**      ORDER   **Dismissing and Terminating this Action**

By Order dated July 15, 2020 and docketed on July 30, 2020, CM/ECF Document ("Doc") 4, this Court followed the recommendation of the United States Magistrate Judge and denied plaintiff Smith's Request to Proceed Without Prepayment of Filing Fees. The July 15, 2020 Order found that plaintiff had failed to file a certified copy of his prison trust account for the preceding six months and a form authorizing periodic disbursements from that account to pay for filing-fee installments if the request were to be granted. The July 15, 2020 Order therefore concluded that plaintiff had failed to carry his burden of establishing indigency, and that his complaint failed to provide a clear and plain statement of his case as required by Fed.

R. Civ. P. 8. The July 15, 2020 Order gave him leave to file an amended complaint and an amended, properly documented Request to Proceed Without Prepayment Filing Fees within thirty days. The thirty days would start the day after the plaintiff received the Order through the mail, presumably about one week after it was docketed and mailed on July 30, 2020. If the thirty days did not start to run until August 15, 2020, the thirty-day period would have elapsed on about September 14, 2020.

Plaintiff's deadline has long since elapsed, and he has not filed an amended complaint purporting to comply with Fed. R. Civ. P. 8 or an amended Request to Proceed Without Prepayment. Plaintiff has not sought an extension of time in which to file the amended pleading and Request. Nor has he paid the case filing fee.

A one-page letter from plaintiff postmarked August 13, 2020, was received by the Court within thirty days from the docketing of the Magistrate Judge's Order: the letter was received on August 20, 2020 and docketed on August 28, 2020 (Doc 5). The letter did not enclose the required amended Request to Proceed Without Prepayment, nor did it refer to the Magistrate Judge's July 15, 2020 Order Denying that request with leave to amend within thirty days. However, by letter dated August 24, 2020 and docketed August 28, 2020, plaintiff did file his Inmate Statement Report dated August 18, 2020 (Doc 6).

Nonetheless, plaintiff never filed an amended complaint.

Instead, plaintiff wrote to the Court again by document dated August 28, 2020 (Doc 7), entitled "Table of Contents", but he did not seek leave to belatedly file the required amended complaint. Nor did he belatedly enclose a form authorizing periodic disbursements from his prison trust account to pay filing-fee installments if a renewed Request to Proceed Without Prepayment were to be granted.

By one-page letter dated August 21, 2020, postmarked August 28, 2020, and docketed September 21, 2020 (Doc 8), and entitled "Notice of Disability", plaintiff

claims to have a disability covered under the Americans With Disability Act which makes it hard for him to read, write, and understand his case, and that he seeks legal assistance to proceed with his case. The Notice, however, fails to specify the alleged disability, let alone provide documents substantiating his claim of disability.

      The Court never heard from plaintiff again until March 15, 2021, when he merely filed a change of address. Because plaintiff offers no evidence to substantiate his belated claim of disability, the Court will not order that he be provided assistance in preparing and filing an amended complaint and amended Request to Proceed Without Prepayment. Nor will the Court retroactively active a deadline for filing those documents that elapsed half a year ago. Instead, the Court orders as follows:

      This case is **DISMISSED** for lack of prosecution and failure to comply with Court order. The action is **TERMINATED (JS-6)**.